```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 05540
   ORLANDO CAMACHO
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1416


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/15/2006 and was confirmed 08/24/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED               93.00           5.31            93.00
DELL FINANCIAL SERVICES   SECURED              250.00          15.34            81.31
DELL FINANCIAL SERVICES   UNSECURED           1083.58            .00           120.10
EMC MORTGAGE              CURRENT MORTG          .00             .00              .00
EMC MORTGAGE              MORTGAGE ARRE      1621.27            .00           600.00
NAVY FEDERAL CREDIT UNIO  SECURED             9825.00         632.39          2479.93
NAVY FEDERAL CREDIT UNIO  UNSECURED            833.66            .00            79.26
WILSHIRE CREDIT CORP      CURRENT MORTG          .00             .00              .00
WILSHIRE CREDIT CORP      MORTGAGE ARRE          .00             .00              .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED             .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED             .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED             .00              .00
HC PROCESSING CENTER      UNSECURED           1532.08            .00            26.69
ECAST SETTLEMENT CORP     UNSECURED           1235.36            .00           136.92
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED             .00              .00
MAGNUM FUNDING INC        UNSECURED       NOT FILED             .00              .00
METRO PHYSICIANS & SPEC   UNSECURED       NOT FILED             .00              .00
METRO PHYSICIANS & SPEC   UNSECURED       NOT FILED             .00              .00
NAVY FEDERAL CREDIT UNIO  UNSECURED           5235.96            .00           580.31
NAVY FEDERAL CREDIT UNIO  UNSECURED           1516.75            .00           168.11
ROUNDUP FUNDING LLC       UNSECURED            296.36            .00            28.17
PETER FRANCIS GERACI      DEBTOR ATTY        2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                              378.16
DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              7,425.00

PRIORITY                                        .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05540 ORLANDO CAMACHO
```

```
SECURED                                                3,254.24
    INTEREST                                             653.04
UNSECURED                                              1,139.56
ADMINISTRATIVE                                         2,000.00
TRUSTEE COMPENSATION                                     378.16
DEBTOR REFUND                                                .00
                                 ---------------   ---------------
TOTALS                                  7,425.00          7,425.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 06 B 05540 ORLANDO CAMACHO